# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:23-CR-37-GNS |
| JAMES CLARK, | ) |
| *Defendant.* | ) |
| | ) |
| | ) |
| | ) |

## APPLICATION TO APPEAR PRO HAC VICE
## ON BEHALF OF DEFENDANT JAMES CLARK

I, James W. Parkman III. of Parkman Law, pursuant to Local Rule of this Court, hereby applies to this Court for admission *pro hac vice*, to appear in the above-named case as counsel for Defendant, James Clark, and hereby states as follows:

1. My resident address is: 1058 Greymoor Road Birmingham, Alabama 35242

2. My office contact information is: Parkman Law, 850 Corporate Parkway, Suite 100 Birmingham, Alabama, office 205 573-6001 and email is jim@jimparkmanlaw.com.

3. I am admitted to practice in the following courts:

    State of Alabama - admitted October 1978

    Alabama Supreme Court - admitted September 28, 1979

    United States District Court for the Southern District of Alabama – admitted July 15, 1985

    United States District Court for the Middle District of Alabama – admitted October 29,1979

      United States Court of Appeals for the 4th Circuit - admitted September 24, 1986

      United States District Court for the Northern District of Alabama - admitted March 12, 2007

      United States Court of Appeals for the 11th Circuit - admitted April 27, 1982,

      United States District Court of Appeals For the 3rd Circuit-admitted November 17,2008

      The Unites States Supreme Court - admitted December 2, 1985

      United States Court of Appeals for the 5th Circuit- admitted August 27, 2009

4. I am in good standing and eligible to practice in all courts to which I am admitted as indicated by the attached Good Standing Document.

5. In forty-three years, that I have practiced law, I have tried and/or handled State/or Federal Court cases in the States of: Tennessee, Georgia, Florida, South Carolina, Virginia, New Jersey, New York, Mississippi, California, Washington, Alaska, Arizona, Pennsylvania, Michigan, Alabama and Canada.

**PRO HAC VICE APPLICANTS**

Pursuant to Local, Pro Hac Vice Admissions, I hereby submit my Certificate in Good Standing for the Alabama Supreme Court where I reside and regularly practice law.

**LOCAL COUNSEL DESIGNATION**

Pursuant to Local Rule I hereby designate B. Alan Simpson, a member of the Bar of this Court, as Local Counsel, his contact information and written consent is below.

Further, I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED this the 15th day of August 2023.

Respectfully submitted,

/s/*James. W. Parkman*
James W. Parkman, III (PAR032)
850 Corporate Parkway, Suite 100
Birmingham, AL 35242
Telephone: 205-573-6001
Email: jim@jimparkmanlaw.com
Attorney for James Clark

I consent to act as Local Counsel for Defendant, James Clark.

If filed by an attorney other than the applicant, complete the section below:

Electronically Filed By:

B. Alan Simpson
THE SIMPSON FIRM
908 State Street
P. O. Box 3480
Bowling Green, KY 42102
Telephone: (270) 782-3929
alan@balansimponlaw.com

## CERTIFICATE OF SERVICE

I, Alan Simpson, hereby certify that on August 15, 2023, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.