UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

United States of America

-vs-

Case No.: **1:23-CR-37-GNS**

James Clark

## MOTION FOR ADMISSION *PRO MAC VICE*

Comes now **James W. Parkman, III**, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* **to represent** **James Clark** in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **James W. Parkman, III | Parkman Law Firm**

   with offices at

   Mailing address: **850 Corporate Parkway, Suite 100**

   City, State, Zip Code: **Birmingham, Alabama 35242**

   Telephone: **(205) 573-6001**

   E-Mail: **jim@jimparkmanlaw.com**

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts OR the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| Alabama | 9/28/1979 | 7770K27J |
| ALND | 3/12/2007 | |
| ALMD | 10/29/1979 | |
| ALSD | 7/15/1985 | |
| U.S. Supreme Court | 12/2/1985 | |

3. Applicant HAS NOT ◯ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.  Please explain.

   _____
   _____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ◯ the Kentucky Bar Association CLE course **OR** ◯ on-line tutorial authorized class room training **OR** ◯ other method Please explain:

   _____
   _____
   _____

6. Applicant tenders with this Motion the following:

   ◯   The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of **James W. Parkman, III** to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

_____
Signature

**850 Corporate Pkwy, Ste.100**
Mailing Address

**Birmingham, Alabama**
City/State

**35242**
Zipcode

**(205) 573-6001**
Telephone

**jim@jimparkmanlaw.com**
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2.  Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Greer M. Lynch**
Clerk of Court

**Joe Musso**
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **JAMES W. PARKMAN III** was duly admitted to practice in said Court on **MARCH 12, 2007**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 4, 2023.

GREER M. LYNCH, CLERK

By: _____
Kassidy N. St. John, Deputy Clerk