UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**United States of America**

-vs-  Case No.: **1:23-CR-37-GNS**

**James Clark**

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, **James W. Parkman, III**, is permitted to argue or try this case in whole or in part as counsel for **James Clark**. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.