UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

United States of America

-vs-

Case No.: 1:23-CR-37-GNS

James Clark

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, James W. Parkman, III, is permitted to argue or try this case in whole or in part as counsel for James Clark. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.

Greg N. Stivers, Chief Judge
United States District Court

August 21, 2023